UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HELEN SWARTZ, Individually,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　　　 :
vs.　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　: Case No. 1:19-cv-20296-UU
IHG MANAGEMENT (MARYLAND) LLC,　　　　　　 :
a Maryland Limited Liability Company, and　 :
KIMPTON HOTEL & RESTAURANT GROUP,　　　　　:
LLC, a Delaware Limited Liability Company,　:

　　　　　　Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
*(only as to Defendant IHG Management (Maryland) LLC,
a Maryland Limited Liability Company)*

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal as to Defendant IHG MANAGEMENT (MARYLAND) LLC, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Nothing herein shall affect the lawsuit against Defendant KIMPTON HOTEL & RESTAURANT GROUP, LLC, a Delaware Limited Liability, in the captioned case.

Dated: January 23, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lawrence A. Fuller*
　　　　　　　　　　　　　　　　　　　　　　Lawrence A. Fuller, Esq. (FBN 0180470)
　　　　　　　　　　　　　　　　　　　　　　FULLER, FULLER & ASSOCIATES, P.A.
　　　　　　　　　　　　　　　　　　　　　　12000 Biscayne Blvd., Suite 502
　　　　　　　　　　　　　　　　　　　　　　North Miami, FL 33181
　　　　　　　　　　　　　　　　　　　　　　(305) 891-5199
　　　　　　　　　　　　　　　　　　　　　　(305) 893-9505 - Facsimile
　　　　　　　　　　　　　　　　　　　　　　lfuller@fullerfuller.com

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Helen Swartz