UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| HELEN SWARTZ, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | Case No. 1:19-cv-20296-UU |
| IHG MANAGEMENT (MARYLAND) LLC, | : | |
| a Maryland Limited Liability Company, and | : | |
| Kimpton Hotel & Restaurant Group, LLC, | : | |
| a Delaware Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE,**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Lawrence A. Fuller* | */s/ Kevin M. Young* |
| Lawrence A. Fuller, Esq. (LF5450) | Kevin M. Young, Esq. |
| Fuller, Fuller & Associates, P.A. | Seyfarth Shaw LLP |
| 12000 Biscayne Boulevard, Suite 502 | 1075 Peachtree Street, NE |
| North Miami, FL  33181 | Atlanta, GA  30309-3958 |
| Telephone: (305) 891-5199 | Telephone:  (404) 885-1500 |
| lfuller@fullerfuller.com | kyoung@seyfarth.com |
| Dated:  May 3, 2019 | Dated:  May 3, 2019 |